IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROGER VINSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                               CASE NO. 1D16-4869

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed May 17, 2017.

An appeal from an order of the Circuit Court for Liberty County.
Barbara K. Hobbs, Judge.

Roger Vinson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    DISMISSED.

WOLF, RAY, and BILBREY, JJ., CONCUR.